Town of Glocester. *Scott K. Keefer,* for Hopkins Transportation, Inc., Intervenor.

APPEAL No. 73-241. SAMUEL CORRADO *et ux. v.* CITY OF PROVIDENCE *et al.* Motion of defendants to dismiss appeal denied. Motion of plaintiffs-appellants for leave to file transcript out of time granted, and plaintiffs allowed 30 days from date of order in which to file transcript. *Samuel Corrado,* pro se, for plaintiffs-appellants. *Louis A. Mascia,* City Solicitor, *Ronald H. Glantz,* Deputy City Solicitor, *Timothy J. McCarthy,* for defendants-appellees.

APPEAL Nos. 1887, 73-167. ARAM K. BERBERIAN *v.* ARCHIE SMITH. ARAM K. BERBERIAN *v.* NEW ENGLAND TELEPHONE & TELEGRAPH Co. Motion of Archie Smith, in his capacity as Administrator of the Division of Public Utilities, to dismiss petitioner's appeals denied. Motion of New England Telephone & Telegraph Company to dismiss petitioner's appeals denied. *Aram K. Berberian,* appellant, pro se. *Goldman, Grady & Biafore, John H. Hines, Jr.,* for Archie Smith. *Tillinghast, Collins & Graham, DeWitte T. Kersh, Jr.,* for New England Telephone and Telegraph Company.

## November 19, 1973.

M. P. Nos. 73-259, 73-279. MARGARET MURPHY *et al. v.* FRED R. BOCCHIO *et al.* MARGARET MURPHY *et al. v.* FRED R. BOCCHIO *et al.* Petitions for certiorari granted. Order entered on November 1, 1973, No. 73-259-M.P. vacated, and the request for a stay of proceedings in Superior Court denied. Motion of respondent Everett M. Chase to consolidate petition for certiorari No. 73-279-M.P. with petition No. 73-259-M.P. granted. *Keenan, Rice, Dolan & Reardon, Roderick A. J. Cavanagh,* for petitioner, Fred R. Bocchio. *Lynch, Walsh & Cobleigh, Joseph W. Walsh,* for petitioner, Everett M. Chase.